UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
J & J SPORTS PRODUCTION, INC., as            :
Broadcast Licensee of the December 3, 2005   :
TAYLOR/HOPKINS II Program,                   :       **ORDER**
                                             :       06-CV-1379 (DLI) (VVP)
                  Plaintiff,                 :
                                             :
          -against-                          :
                                             :
JUSNA INC. d/b/a UPPER CUTS a/k/a            :
UPPER CUTS,                                  :
                                             :
                  Defendant.                 :
-----------------------------------------------------------------x

**DORA L. IRIZARRY, U.S. District Judge:**

     No objections have been filed to the Report and Recommendation of the Honorable Viktor V. Pohorelsky, U.S.M.J., dated March 28, 2008, and, upon consideration, the Report and Recommendation is hereby adopted in full. Accordingly, it is hereby

     ORDERED that plaintiff's motion for default judgment having previously been granted, the plaintiff is awarded damages against the defendant in the amount of $1,500, and costs against the defendant in the amount of $350. It is further hereby

     ORDERED that service of a copy of this Order on defendants shall be made by the plaintiff within five (5) days of the date of this Order and proof thereof shall be filed with the court via ECF immediately thereafter. The Clerk of the Court is directed to close the file maintained in this case

DATED:    Brooklyn, New York
            April 15, 2008

                                                  _____/s/_____
                                                     DORA L. IRIZARRY
                                           United States District Judge