UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
J&J SPORTS PRODUCTION, INC., as Broadcast
Licensee of the December 3, 2005 Taylor/Hopkins
II Program,

            Plaintiff,

-against-

JUSNA INC. d/b/a UPPER CUTS a/k/a
UPPER CUTS,

            Defendant.
-----------------------------------------------------------------X

JUDGMENT
06-CV- 1379 (DLI)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
APR 17 2008
P.M.

    An Order of Honorable , United States District Judge, having been filed on April 15, 2008, adopting the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky, dated March 28, 2008; and directing the Clerk of Court to enter judgment awarding plaintiff damages against the defendant in the amount of $1,500, and costs in the amount of $350.00, for a total award of $1,850.00; it is

    ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky is adopted; and that judgment is hereby entered in favor of plaintiff, J&J Productions, Inc., as Broadcast Licensee of the December 3, 2005 Taylor/ Hopkins II Program, and against defendant, Jusna Inc., d/b/a Upper Cuts a/k/a Uppercuts, awarding plaintiff damages in the amount of $1,500.00, and costs in the amount of $350.00, for a total award of $1,850.00.

Dated: Brooklyn, New York
       April 16, 2008

S/RCH
_____
ROBERT C. HEINEMANN
Clerk of Court